## Exhibit A

**NOTICE OF CONSENT**

I, the undersigned, a current or former employee of the defendant(s) named herein, hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all unpaid minimum wages and/or unpaid overtime wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by Welmaker Law, PLLC and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

Johnny Alvarez
Full Name (Print)

*[signature]*
Signature

03 / 15 / 2024
Date

Doc ID: 262109841075e6b12e5fd838c587772588c7089c



Audit trail

| | |
|---|---|
| Title | Johnny, here is the consent form |
| File name | Named%20Party%20Consent.pdf |
| Document ID | 262109841075e6b12e5fd838c587772588c7089c |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**03 / 15 / 2024**
17:21:00 UTC
Sent for signature to Johnny Alvarez (alvarez.js2021@gmail.com) from doug@welmakerlaw.com
IP: 98.34.156.255

**VIEWED**
**03 / 15 / 2024**
17:34:03 UTC
Viewed by Johnny Alvarez (alvarez.js2021@gmail.com)
IP: 172.56.88.74

**SIGNED**
**03 / 15 / 2024**
17:35:13 UTC
Signed by Johnny Alvarez (alvarez.js2021@gmail.com)
IP: 172.56.88.74

**COMPLETED**
**03 / 15 / 2024**
17:35:13 UTC
The document has been completed.

Powered by Dropbox Sign