UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY ALVAREZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br> v. <br><br> MG BUILDING MATERIALS, LTD, <br><br> DEFENDANT | § § § § § § § § § § § § | CA NO. 5:24-cv-400-XR |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a) Plaintiff Johnny Alvarez respectfully requests that the Clerk of the Court enter the default of Defendant MG Building Materials, LTD.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Request for Entry of Default has been served on Defendant MG Building Materials, LTD on June 22, 2024 via the following method at the address below:

Via Regular and Certified Mail:

MG Building Materials, LTD
C/O Kevin Sullivan
3512 Paesanos Parkway, Suite 202
San Antonio, Texas 78231

                                          /s/ Douglas B. Welmaker
                                          Douglas B. Welmaker