# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY ALVAREZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>-vs-<br><br>MG BUILDING MATERIALS, LTD,<br>*Defendant* | § § § § § § § § § | SA-24-CV-00400-XR |

## ORDER

On this date, the Court considered the status of this case.

Plaintiff commenced this case by filing his Complaint on April 17, 2024. ECF No. 1. Plaintiff filed affidavit of service indicating that Defendant MG Building Materials, LTD was served on May 2, 2024. ECF No. 8. Defendant failed to timely answer or otherwise appear, and the Clerk of the Court filed an entry of default against Defendant MG Building Materials, LTD on June 24, 2024. ECF No. 10.

Accordingly, Plaintiff is **ORDERED** to move for default judgment **within 30 days** of this Order. *See* FED. R. CIV. P. 55. Plaintiff's motion for default judgment must demonstrate that service on Defendant was sufficient to support default judgment. **Failure to comply with this Order may result in dismissal of this case without prejudice.**

It is so **ORDERED**.

**SIGNED** this 25th day of June, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE