Exhibit A

# The State of Texas

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

## Secretary of State

June 13, 2024

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, TX 75601

2024-364495

**Include reference number in all correspondence**

RE:  Johnny Alvarez vs MG Building Materials, LTD.
United States District Court for the Western District of Texas, San Antonio Division
Cause No. 524CV00400XR

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662



# The State of Texas
## Secretary of State

2024-364495-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's First Amended Complaint in the cause styled:

    Johnny Alvarez vs MG Building Materials, LTD.
    United States District Court for the Western District of Texas, San Antonio Division
    Cause No: 524CV00400XR

was received by this office on May 2, 2024, and that a copy was forwarded on May 31, 2024, by CERTIFIED MAIL, return receipt requested to:

    MG Building Materials, LTD
    Registered Agent, Kevin Sullivan
    3512 Paesanos Parkway, Suite 202
    San Antonio, TX 78231

The PROCESS was returned to this office on June 13, 2024, Bearing notation, Return to Sender, Not Deliverable as Addressed, Unable to Forward.



Date issued: June 13, 2024

*Jane Nelson*
Jane Nelson
Secretary of State
GF/mb