Exhibit C



Douglas B. Welmaker
doug@welmakerlaw.com

May 10, 2024

*Via First Class Mail*

Mr. Kevin Sullivan
Registered Agent, MG Building Materials, LTD
3512 Paesanos Parkway, Suite 202
San Antonio, Texas 78231

Re: *Alvarez v. MG Building Materials, LTD,* in the United States District Court for the Western District of Texas, San Antonio Division, CA 5:24-cv-00400

Mr. Sullivan

My client, Mr. Alvarez, has filed a federal unpaid overtime lawsuit under the Fair Labor Standards Act against MG Building Materials, LTD. The suit is currently pending in the United States District Court for the Western District of Texas, San Antonio Division.

Defendant's answer to this lawsuit is due May 23, 2024. If MG Building Materials, LTD does not answer or make arrangements with my office to file an answer by then, I will be forced to move forward with a default judgment against MG Building Materials, LTD. I would rather not file a default judgment, and as such would encourage you to seek representation in this matter so that a default can be avoided, but I will file for default if you take no action.

Sincerely,

WELMAKER LAW, PLLC.

By: _____
Douglas B. Welmaker