Attachment 1

| Date | Take Home | Hours | Gross | |
|---|---|---|---|---|
| Apr 14, 2023 | $1,910.84 | 110.43 | $2,261.61 | > |
| Mar 31, 2023 | $2,230.42 | 124.37 | $2,637.99 | > |
| Mar 17, 2023 | $1,869.46 | 110.62 | $2,140.81 | > |
| Mar 3, 2023 | $2,030.62 | 118.98 | $2,353.99 | > |
| Feb 17, 2023 | $1,957.56 | 114.92 | $2,250.46 | > |
| Feb 3, 2023 | $1,541.50 | 94.23 | $1,732.64 | > |

# ← Statements & Activity

| Date | Take Home | Hours | Gross | |
|---|---|---|---|---|
| Sep 1, 2023 | $1,453.08 | 89.33 | $1,691.91 | > |
| Aug 18, 2023 | $1,446.57 | 89.03 | $1,683.81 | > |
| Aug 4, 2023 | $1,435.72 | 88.53 | $1,670.31 | > |
| Jul 21, 2023 | $1,305.20 | 81.68 | $1,507.86 | > |
| Jul 7, 2023 | $1,422.71 | 87.93 | $1,654.11 | > |
| Jun 23, 2023 | $1,380.18 | 85.97 | $1,601.19 | > |
| Jun 9, 2023 | $1,325.52 | 83.45 | $1,533.15 | > |

| Date | Take Home | Hours | Gross | |
|---|---|---|---|---|
| May 26, 2023 | $1,342.73 | 83.9 | $1,554.57 | > |
| May 12, 2023 | $1,415.54 | 87.6 | $1,645.20 | > |
| Apr 28, 2023 | $1,445.50 | 88.98 | $1,682.46 | > |

# Statements & Activity

Year

**2023 (25)** ▼

| Date | Take Home | Hours | Gross | |
|---|---|---|---|---|
| Dec 22, 2023 | $1,655.71 | 91.47 | $1,944.10 | › |
| Dec 8, 2023 | $515.92 | 0 | $733.36 | › |
| Dec 8, 2023 | $1,735.58 | 97.45 | $2,043.50 | › |
| Nov 24, 2023 | $1,654.03 | 91.4 | $1,942.00 | › |
| Nov 10, 2023 | $1,697.89 | 93.22 | $1,996.60 | › |
| Oct 27, 2023 | $1,762.03 | 95.88 | $2,076.40 | › |

| Date | Take Home | Hours | Gross | |
|---|---|---|---|---|
| | $1,762.02 | 95.88 | $2,076.40 | |
| Oct 13, 2023 | $1,854.82 | 99.73 | $2,191.90 | > |
| Sep 29, 2023 | $1,967.49 | 104.57 | $2,337.10 | > |
| Sep 15, 2023 | $1,606.53 | 99.07 | $1,882.89 | > |

| Mar 1, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,325.61 | 76.42 | $1,528.40 | > |

| Feb 16, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,505.35 | 85.07 | $1,752.10 | > |

| Feb 2, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,706.87 | 93.43 | $2,002.90 | > |

| Jan 19, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,818.32 | 100.72 | $2,141.60 | > |

| Jan 5, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,825.55 | 101.02 | $2,150.60 | > |

# Statements & Activity

Year

2024 (13) ▼

| Jun 21, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,170.22 | 66.75 | $1,335.00 | > |

| Jun 7, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,430.86 | 80.77 | $1,659.40 | > |

| May 24, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,407.96 | 81.03 | $1,630.90 | > |

| May 10, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,622.51 | 89.93 | $1,897.90 | > |

| Apr 26, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |
| $1,190.78 | 68.03 | $1,360.60 | > |

| Apr 12, 2024 | | | |
|---|---|---|---|
| Take Home | Hours | Gross | |

| Date | Take Home | Hours | Gross |
|---|---|---|---|
|  | $1,366.67 | 78.85 | $1,579.50 |
| Mar 29, 2024 | $1,209.90 | 69.22 | $1,384.40 |
| Mar 15, 2024 | $1,542.55 | 84.33 | $1,798.40 |
| Mar 1, 2024 | $1,325.61 | 76.42 | $1,528.40 |

