Attachment 2

| Date | Gross | Total Hours (2 Weeks) | Hours over 80 | Reg. Pay (up to 80 hrs x Reg. Rate) | OT Pay (hrs. > 80 x OT Rate) | Regular Rate | Overtime Rate | Stolen OT Hours | Damages |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/24 | **$1,897.90** | 89.93 | 9.93 | $1,600.00 | $297.90 | $20.00 | $30.00 | 5 | $150.00 |
| 4/26/24 | **$1,360.60** | 68.03 | 0.00 | $1,360.60 | $0.00 | $20.00 | $30.00 | 5 | $0.00 |
| 4/12/24 | **$1,579.50** | 78.85 | 0.00 | $1,577.00 | $0.00 | $20.00 | $30.00 | 5 | $115.50 |
| 3/29/24 | **$1,384.40** | 69.22 | 0.00 | $1,384.40 | $0.00 | $20.00 | $30.00 | 5 | $0.00 |
| 3/15/24 | **$1,798.40** | 84.33 | 4.33 | $1,600.00 | $129.90 | $20.00 | $30.00 | 5 | $150.00 |
| 3/1/24 | **$1,528.40** | 76.42 | 0.00 | $1,528.40 | $0.00 | $20.00 | $30.00 | 5 | $42.60 |
| 2/16/24 | **$1,752.10** | 85.07 | 5.07 | $1,600.00 | $152.10 | $20.00 | $30.00 | 5 | $150.00 |
| 2/2/24 | **$2,002.90** | 93.43 | 13.43 | $1,600.00 | $402.90 | $20.00 | $30.00 | 5 | $150.00 |
| 1/19/24 | **$2,141.60** | 100.72 | 20.72 | $1,520.00 | $621.60 | $19.00 | $30.00 | 5 | $150.00 |
| 1/5/24 | **$2,150.60** | 101.02 | 21.02 | $1,520.00 | $630.60 | $19.00 | $30.00 | 5 | $150.00 |
| 12/22/23 | **$1,944.10** | 91.47 | 11.47 | $1,600.00 | $344.10 | $20.00 | $30.00 | 5 | $150.00 |
| 12/8/23 | **$733.36** | | | | | | | | $0.00 |
| 12/8/23 | **$2,043.50** | 97.45 | 17.45 | $1,520.00 | $523.50 | $19.00 | $30.00 | 5 | $150.00 |
| 11/24/23 | **$1,942.00** | 91.4 | 11.40 | $1,600.00 | $342.00 | $20.00 | $30.00 | 5 | $150.00 |
| 11/10/23 | **$1,996.00** | 93.22 | 13.22 | $1,600.00 | $396.60 | $20.00 | $30.00 | 5 | $150.00 |
| 10/27/23 | **$2,076.40** | 95.88 | 15.88 | $1,600.00 | $476.40 | $20.00 | $30.00 | 5 | $150.00 |
| 10/13/23 | **$2,191.90** | 99.73 | 19.73 | $1,600.00 | $591.90 | $20.00 | $30.00 | 5 | $150.00 |
| 9/29/23 | **$2,337.10** | 104.57 | 24.57 | $1,600.00 | $737.10 | $20.00 | $30.00 | 5 | $150.00 |
| 9/15/23 | **$1,882.89** | 99.07 | 19.07 | $1,360.00 | $514.89 | $17.00 | $27.00 | 5 | $135.00 |
| 9/1/23 | **$1,691.91** | 89.33 | 9.33 | $1,440.00 | $251.91 | $18.00 | $27.00 | 5 | $135.00 |
| 8/18/23 | **$1,683.81** | 89.03 | 9.03 | $1,440.00 | $243.81 | $18.00 | $27.00 | 5 | $135.00 |
| 8/4/23 | **$1,670.31** | 88.53 | 8.53 | $1,440.00 | $230.31 | $18.00 | $27.00 | 5 | $135.00 |
| 7/21/23 | **$1,507.86** | 81.68 | 1.68 | $1,440.00 | $45.36 | $18.00 | $27.00 | 5 | $135.00 |

| 7/7/23 | **$1,654.11** | 87.93 | 7.93 | $1,440.00 | $214.11 | $18.00 | $27.00 | 5 | $135.00 |
|---|---|---|---|---|---|---|---|---|---|
| 6/23/23 | **$1,601.19** | 85.97 | 5.97 | $1,440.00 | $161.19 | $18.00 | $27.00 | 5 | $135.00 |
| 6/9/23 | **$1,533.15** | 83.45 | 3.45 | $1,440.00 | $93.15 | $18.00 | $27.00 | 5 | $135.00 |
| 5/26/23 | **$1,554.57** | 83.9 | 3.90 | $1,440.00 | $105.30 | $18.00 | $27.00 | 5 | $135.00 |
| 5/12/23 | **$1,645.20** | 87.6 | 7.60 | $1,440.00 | $205.20 | $18.00 | $27.00 | 5 | $135.00 |
| 4/28/23 | **$1,682.46** | 88.98 | 8.98 | $1,440.00 | $242.46 | $18.00 | $27.00 | 5 | $135.00 |
| 4/14/23 | **$2,261.61** | 110.43 | 30.43 | $1,440.00 | $821.61 | $18.00 | $27.00 | 5 | $135.00 |
| 3/31/23 | **$2,637.99** | 124.37 | 44.37 | $1,440.00 | $1,197.99 | $18.00 | $27.00 | 5 | $135.00 |
| 3/17/23 | **$2,140.81** | 110.62 | 30.62 | $1,360.00 | $780.81 | $17.00 | $25.50 | 5 | $127.50 |
| 3/3/23 | **$2,353.99** | 118.98 | 38.98 | $1,360.00 | $993.99 | $17.00 | $25.50 | 5 | $127.50 |
| 2/17/23 | **$2,250.46** | 114.92 | 34.92 | $1,360.00 | $890.46 | $17.00 | $25.50 | 5 | $127.50 |
| 2/3/23 | **$1,732.64** | 94.23 | 14.23 | $1,360.00 | $362.87 | $17.00 | $25.50 | 5 | $127.50 |

| Actuals | $4,373.10 |
|---|---|
| Liquidated | $8,746.20 |