# Attachment 1

| Type | Date | Hours | Description | Rate ($) | Billable ($) | Expense category | Vendor |
|---|---|---|---|---|---|---|---|
| | | | Alvarez Time and Costs | | | | |
| TimeEntry | 03/15/2024 | 0.6 | Conference with client about facts of case, research defendants | $650.00 | $390.00 | | |
| TimeEntry | 04/12/2024 | 3.1 | Prepare original collective action and all opening papers | $650.00 | $2,015.00 | | |
| TimeEntry | 07/12/2024 | 0.6 | Multiple conferences with client re: hours worked and damages | $650.00 | $390.00 | | |
| TimeEntry | 07/18/2024 | 2.9 | Review all documents and notes, prepare spreadsheet for damages | $650.00 | $1,885.00 | | |
| TimeEntry | 07/23/2024 | 2.3 | Review, revise and edit motion for default judgment | $650.00 | $1,495.00 | | |
| | | | | | $6,175.00 | Total | |
| | | | | | -$650.00 | Write Off | |
| | | | | | $5,525.00 | Revised Total | |
| | | | | | | | |
| HardCostEntry | 04/18/2024 | 1 | Filing Fee | $405.00 | $405.00 | Filing Fees | United States Federal Court |
| HardCostEntry | 05/09/2024 | 1 | Returned service | $91.00 | $91.00 | Service of Process | Direct Results Legal Service |
| HardCostEntry | 05/09/2024 | 1 | Service on SOS | $145.00 | $145.00 | Service of Process | Direct Results Legal Service |
| | | | | | $641.00 | | |