UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY ALVAREZ on Behalf of Himself and All Other Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-400-XR |
| MG BUILDING MATERIALS, LTD, | § § § | |
| Defendant. | § § | |

**SETTING VIDEO
STATUS CONFERENCE**

Before the Court is the status of Plaintiff's Motion for Default Judgment (Docket Entry 12) referred by the District Court to the undersigned for disposition pursuant to Fed. R. Civ. P. 72. (*See* Text Entry dated August 27, 2024.)

It is hereby **ORDERED** that a Status Conference with Plaintiff's counsel is scheduled for **September 16, 2024**, at **2:00 P.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, counsel is directed to join the ZOOMGOV meeting using the following credentials:

> https://txwd-uscourts.zoomgov.com/j/16126018188
> **Meeting ID: 161 2601 8188**

Plaintiff's counsel is responsible for ensuring, **in advance of the conference**, that his video teleconference equipment is functioning and properly connects with the Court's system. If experiencing any technical difficulties, counsel should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on September 3, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge