UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY ALVAREZ on Behalf of Himself and All Other Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-400-XR |
| MG BUILDING MATERIALS, LTD, | § § § | |
| Defendant. | § § | |

**ORDER RESETTING VIDEO
STATUS CONFERENCE**

It is hereby **ORDERED** that the Status Conference with Plaintiff's counsel on September 16, 2024, is reset to **September 30, 2024**, at **1:30 P.M.** (*See* Docket Entry 13.)

**SIGNED** on September 4, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge