UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY ALVAREZ on Behalf of Himself and All Other Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-400-XR |
| MG BUILDING MATERIALS, LTD, | § § § | |
| Defendant. | § | |

**ORDER REGARDING VIDEO
STATUS CONFERENCE**

In light of Defendant's Response to Plaintiff's Motion for Default Judgment (Docket Entry 16) filed on September 5, 2024, it is hereby **ORDERED** that both parties must attend the Status Conference currently scheduled on **September 30, 2024**, at **1:30 P.M.**

The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. If experiencing any technical difficulties, counsel should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

SIGNED on September 6, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge