UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHNNY ALVAREZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>*Plaintiff*,<br><br>v.<br><br>MG BUILDING MATERIALS, LTD,<br><br>*Defendant*. | §<br>§<br>§<br>§   Civil Action No. SA-24-CV-00400-XR<br>§<br>§<br>§<br>§<br>§ |

ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case. This case is set for an in-person status conference and hearing on all pending motions, if any, on **Thursday, November 07, 2024** at **1:30 p.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** October 17, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE