# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY ALVAREZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATTED, | § § § § § § § § § | |
| Plaintiff | | Case No. 5:24-CV-400 |
| v. | | |
| MG BUILDING MATERIALS, LTD, | | |
| Defendants | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Johnny Alvarez and Defendant MG Building Materials, LTD. advise the Court that they have reached a settlement resolving the entirety of this case. The Plaintiff no longer desires to pursue this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties jointly stipulate to the dismissal of this case with prejudice. The Parties will bear their own costs and attorney fees.

Respectfully submitted,

*/s/ MICHAEL V. GALO, JR.*
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: 210.616.9800
Facsimile: 210.616.9898
mgalo@galolaw.com
ATTORNEY FOR DEFENDANT

/s/Douglas B. Welmaker w/ permission
Douglas B. Welmaker
State Bar No. 00788641
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 119
Longview, Texas 75601
Telephone: (512) 799-2048
Email: doug@morelandlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel for Defendant, on this 18th day of March 2025 as follows:

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@morelandlaw.com

/s/Michael V. Galo, Jr.
Michael V. Galo, Jr.